(August 21, 2002)

■ In the Matter of CAROLYN MALONEY et al., Respondents, v JEFF BRAUER, Appellant, et al., Respondents. [746 NYS2d 621]

No opinion. Concur—Saxe, J.P., Buckley, Friedman, Marlow and Gonzalez, JJ.

■ In the Matter of ERICK VAZQUEZ, Respondent, v AGUSTIN A. ESTRADA, Appellant. [746 NYS2d 621]

No opinion. Concur—Saxe, J.P., Buckley, Friedman, Marlow and Gonzalez, JJ.